In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00318-CR


____________________



JARVIS C. MITCHELL, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 08-04555






 MEMORANDUM OPINION


 Pursuant to a plea bargain agreement, appellant Jarvis C. Mitchell pled guilty to
indecency with a child. The trial court found the evidence sufficient to find Mitchell guilty,
but deferred further proceedings, placed Mitchell on community supervision for six years,
and assessed a fine of $1000. The State subsequently filed a motion to revoke Mitchell's
unadjudicated community supervision. Mitchell pled "true" to four violations of the
conditions of his community supervision. The trial court found that Mitchell violated the
conditions of his community supervision, found Mitchell guilty of indecency with a child,
and assessed punishment at twenty years of confinement.

 Mitchell's appellate counsel filed a brief that presents counsel's professional
evaluation of the record and concludes the appeal is frivolous. See Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978). On September 10, 2009, we granted an extension of time for appellant to file
a pro se brief. We received no response from appellant. We reviewed the appellate record,
and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore,
we find it unnecessary to order appointment of new counsel to re-brief the appeal. Compare
Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's
judgment. (1)

 AFFIRMED.

 _________________________________

 HOLLIS HORTON 

 Justice 

Submitted on February 9, 2010

Opinion Delivered February 17, 2010 

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ.
1. Appellant may challenge our decision in this case by filing a petition for discretionary
review. See Tex. R. App. P. 68.